UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>D-1 MARY NICOLE CHEATHAM, R.N.,<br><br>    Defendant.<br>_____/ | Case: 2:21-cr-20519<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 08-11-2021<br>USA vs. SEALED MATTER (DP)<br><br>VIOLATIONS:<br>18 U.S.C. § 1365(a)(4) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
*(18 U.S.C. § 1365(a)(4) – Tampering with Consumer Products)*

From on or about March 2020 to on or about August 2020, in the Eastern District of Michigan, the defendant, Mary Nicole Cheatham, R.N., with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate and foreign commerce. Specifically, the defendant, working as a registered nurse at DMC Sinai-Grace Hospital (6071 W Outer Dr, Detroit, Michigan), tampered with vials and syringes containing hydromorphone, a narcotic painkiller in liquid form, which she knew were intended to be administered to patients for the purpose of pain relief

1

in the critical care unit of the hospital; removed the hydromorphone from the vials and syringes; replaced the hydromorphone with another liquid, and returned the adulterated containers knowing they could be administered to patients at the hospital.

All in violation of Title 18, United States Code, Sections 1365(a)(4).

THIS IS A TRUE BILL

*/s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Regina R. McCullough*
REGINA R. McCULLOUGH (P64936)
Chief, Health Care Fraud Unit
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan   48226
Phone: (313) 226-9618
Email: regina.mccullough@usdoj.gov

Dated:   August 11, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: RRM |

**Case Title:** USA v. Mary Nicole Cheatham, R.N.

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:            ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 11, 2021
Date

Regina R. McCullough
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9618
Fax: 313-226-2621
E-Mail address: Regina.McCullough@usdoj.gov
Attorney Bar #: P64936

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.